Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

Roland P. Reynolds, Esq. SBN 150864
KRALIK & JACOBS LLP
35 No. Lake Avenue, Suite 620
Pasadena, California 91101
Email: roland.reynolds@kralikjacobs.com
Phone:  (626) 844-3505 -Fax:  (626) 844-7643
Attorneys for Defendant Flagstar Bank, FSB

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA L. RANDELL, <br><br> Plaintiff, <br><br> v. <br><br> FLAGSTAR BANK, FSB, ET AL. <br><br> Defendants. | Case No.: 2:14-cv-01575-TLN-CMK <br><br> **ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

-1-

**ORDER AMENDING PRETRIAL SCHEDULING ORDER**

Good cause appearing, the Pretrial Scheduling Order (Doc. # 32) is amended as follows:

| | |
|---|---|
| Last Day to Hear Dispositive Motions | June 29, 2017 |
| Joint Pre-Trial Statement | August 17, 2017 |
| Final Pre-Trial Conference (2:00 p.m.) | August 24, 2017 |
| Jury Trial (9:00 a.m.): | October 23, 2017 |
| Trial Estimate | 3-4 Days |

Dated:  January 25, 2017

Troy L. Nunley
United States District Judge